

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **1:21-cr-00039** |
| v. | No. **Judge Martha M. Pacold** |
| | **Magistrate Judge Jeffrey Cole** |
| DIONICIO GUTIERREZ | Violation: Title 21, United States Code, Section 841(a)(1) |

The UNITED STATES ATTORNEY charges:

On or about March 2, 2016, at Kankakee, in the Northern District of Illinois, Eastern Division, and elsewhere,

DIONICIO GUTIERREZ,

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

The UNITED STATES ATTORNEY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Section 841, as set forth in this information, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Sections 853(a).

2. The property to be forfeited includes, but is not limited to a gold Kenworth tractor truck, bearing vehicle identification number 1XKADB9X43J703804.

3. If any of the property described above, as a result of any act or omission by defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

ERIKA CSICSILA  Digitally signed by ERIKA CSICSILA
Date: 2021.01.19 07:37:21 -06'00'

Signed by Erika Csicsila on behalf of the
UNITED STATES ATTORNEY