UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIONICIO GUTIERREZ | No. 21 CR 39<br><br>Judge Martha M. Pacold |

**JOINT STATUS REPORT**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, jointly with defense counsel for defendant DIONICIO GUTIERREZ, hereby submit this status report pursuant to the Court's April 5, 2021 order, (R. 15).

    1.    On January 21, 2021, defendant was charged in a one-count information with possession with intent to distribute a controlled substance, namely, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1). R. 1. Defendant was arraigned by way of a video conference on February 4, 2021. R. 10.

    2.    The parties file this joint status report specifically addressing the issues below:

        a.    The government has tendered discovery under Federal Rule of Criminal Procedure 16 to defense counsel. The government has also tendered a draft plea agreement to defense counsel.

        b.    Defense counsel has discussed the case with defendant on multiple occasions. Defendant and defense counsel are reviewing the discovery and

draft plea agreement provided by the government. At this point, defendant does not expect to file any pretrial motions.

      c.      Defendant requests that the Court set a change of plea hearing in July 2021.

      d.      Defendant agrees to exclude time for the purposes of the Speedy Trial Act until and including the next hearing date.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:   /s/ *Richard M. Rothblatt*
RICHARD M. ROTHBLATT
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

*/s/ Peter Beuke*
Law Offices of Beuke & Beuke
53 W. Jackson Blvd. Suite 1401
Chicago, Illinois 60604
(312) 427-3050
pbeuke@beukelaw.com

Date: May 4, 2021